IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RODNEY A. HURDSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: 4:15CV00090-KGB-JJV |
| ) | |
| RODNEY WRIGHT, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## MOTION TO DISMISS

COME NOW, Rodney A. Hurdsman, and for his Motion to Dismiss Defendants, Michael Richards, Timothy Boyett, Phillip Bentley, Christine Pilgrim and Brittany Lofton, individually and in their official capacities; Saline County, Arkansas; Saline County Detention Facility; Saline County Sheriff's Department; and the Central Arkansas Risk Management Association ("CARMA"); states as follows:

1. Plaintiff and the Defendants Michael Richards, Timothy Boyett, Phillip Bentley, Christine Pilgrim and Brittany Lofton, individually and in their official capacities; Saline County, Arkansas, Saline County Detention Facility; Saline County Sheriff's Department; and the Central Arkansas Risk Management Association ("CARMA"), have reached a settlement.

2. Per the terms of that settlement, the Plaintiff agrees to dismiss all Defendants with prejudice.

3. Plaintiff respectfully requests that this Court enter an Order dismissing all Defendants and all causes of action with prejudice.

WHEREFORE, premises considered, Plaintiff Rodney A. Hurdsman prays that this Motion for Order of Dismissal be granted.

Respectfully submitted,

Rodney Hurdsman
Williams County Jail
P.O. Box 2119
Georgetown, TX 78627

By: _____
    Rodney Hurdsman

## CERTIFICATE OF SERVICE

I, Rodney Hurdsman, do hereby certify that a copy of the foregoing was served via CM/ECF to:

Jamie Huffman Jones
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522

on this __20__ day of __January__, 2016.

By: _____
    Rodney Hurdsman